IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BRYAN CARN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 121-140 |
| ) | |
| FLAMEPRO TECHNOLOGIES LLC and ) | |
| MICHAEL LANTZ, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

In light of the parties' joint request for private mediation, (see doc. no. 16), the Court **STAYS** all remaining case deadlines through and including June 30, 2022. The parties shall advise the Court as to the status of the case by no later than July 1, 2022, and if the case is not resolved, the last day for filing civil motions including Daubert motions, but excluding motions in limine, shall be August 1, 2022.

SO ORDERED this 4th day of May, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA